UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | CRIMINAL ACTION NO: 3:06CR-123-H |
| WENDELL EUGENE NEWKIRK, JR. | DEFENDANT |

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the pleas of guilty by the Defendant as to Counts 1-2 of the Indictment are hereby accepted, and the Defendant is adjudged guilty of such offenses.

Sentencing is hereby scheduled for **March 1, 2007 at 11:30 a.m.**, before the Honorable Chief Judge John G. Heyburn II.

Copies to: U.S. Attorney
           U.S. Marshal
           U.S. Probation
           Counsel of Record